1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA
4  Assistant United States Attorney
   California State Bar No. 187176
5       300 North Los Angeles Street
        Room 7516, Federal Building
6       Los Angeles, California  90012
        Telephone: (213) 894-6117
7       Facsimile: (213) 894-7819
        Email: sharla.cerra@usdoj.gov
8
   Attorneys for Defendant
9

10                UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION
12
   LILLYIN LOVE,                )      CV 08-5176 RGK (FMO)
13                              )
               Plaintiff,       )
14                              )
               v.               )      **JUDGMENT**
15                              )
   MICHAEL J. ASTRUE,           )
16 Commissioner of Social       )
   Security,                    )
17                              )
               Defendant.       )
18 _____  )

19

20      The Court having approved the parties' Stipulation to Voluntary Remand

21 Pursuant to Sentence 4 of 42 U.S.C. § 405(b) and to Entry of Judgment

22 ("Stipulation for Remand") lodged concurrent with the lodging of the within

23 Judgment of Remand,

24 ///

25 ///

26 ///

27 ///

28 ///

                                  1

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case

2  is remanded to the Commissioner of Social Security for further proceedings

3  consistent with the Stipulation for Remand and that judgment is hereby rendered

4  for the plaintiff.

5    DATE: June 18, 2009

6

7  _____

8  FERNANDO OLGUIN
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2